AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED
OCT 23 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

United States of America
v.
JAMES HAYNES

Case No. 4:18 MJ 6356 PLC

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **October 10, 2018** in the county of **City of St. Louis** in the **Eastern** District of **Missouri**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:922(g) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
On July 8, 2005, the defendant, JAMES HAYNES, was sentenced to 60 months in the Bureau of Prisons following his conviction for violating Title 18, USC 922(g) in United States v Haynes, 4:04 CR 509 RWS. On October 10, 2018, members of the St. Louis Metropolitan Police Department executed a state search warrant at his residence at 2145 Angelica within the Eastern District of Missouri. HAYNES was at home at the time of the execution of the warrant and was arrested. The police recovered two semi-automatic firearms, crack cocaine base, and fentanyl in a bedroom HAYNES acknowledged was his and that he sold drugs to support his own drug habit. Neither firearm was manufactured in Missouri therefore had to travel in interstate commerce prior to HAYNES possessing them.

*Complainant's signature*
Det. _____ 4049/4442

Detective Charleville, SLMPD
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/23/2018

*Judge's signature*

City and state: St. Louis, Missouri
Honorable Patricia L. Cohen, U.S. Magistrate Judge
*Printed name and title*